IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WATKINS, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-cv-01049 JLS |
| ITM RECORDS, et al | : | |
|     Defendants. | : | |

**O R D E R**

AND NOW, this 23rd day of September, 2015, it is hereby ORDERED that

1. Defendant Trans World Entertainment Corporation's Motion for Attorneys' Fees pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d) (Doc. No. 120) is GRANTED.

2. It is FURTHER ORDERED that attorneys' fees and costs in the amount of $13,650.00 are awarded in favor of Defendant Trans World Entertainment and against Plaintiff James Watkins.

**BY THE COURT:**

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**